IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JACQUELYN DENISE SIMS )
)
v. ) NO. 3:08-1114
) JUDGE CAMPBELL
MATTHEW WALKER )
COMPREHENSIVE HEALTH FACILITY )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 54), to which no Objections have been filed.[1] The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendant's Motion to Dismiss (Docket No. 43) is GRANTED, and this action is DISMISSED for Plaintiff's failure to prosecute. All other pending Motions are DENIED as moot.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58, and the Clerk is directed to close the file.

IT IS SO ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff also failed to respond to Defendant's pending Motion to Dismiss and Motion for Summary Judgment.